**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7398**

---

DENNIS JAMES BROWN,

Petitioner - Appellant,

versus

RONALD ANGELONE, Director of Virginia Depart-
ment of Corrections,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-97-854)

---

Submitted:  February 24, 1998          Decided:  March 30, 1998

---

Before WIDENER, Circuit Judge, and HALL and PHILLIPS, Senior Cir-
cuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Dennis James Brown, Appellant Pro Se.  Thomas Drummond Bagwell,
Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See Brown v. Angelone, No. CA-97-854 (E.D. Va. Sept. 4, 1997). Brown contends that a defendant cannot be convicted of use of a firearm pursuant to Va. Code Ann. § 18.2-53.1 (Michie Supp. 1997), if the evidence did not establish that the firearm was capable of firing a projectile by the force of gunpowder. See Sprouse v. Commonwealth, 453 S.E.2d 303 (Va. Ct. App. 1995). Because Brown alleges that the police found only a toy gun at the scene of the robbery, he claims his conviction was tainted by prosecutorial misconduct, insufficiency of the evidence, and ineffective assistance of trial and appellate counsel. Brown could not have raised these issues in his direct appeal or his first petition for post-conviction relief because Sprouse was not issued until after Brown's direct appeal had been completed and his first state habeas petition had been denied. See Sprouse, 453 S.E.2d at 356. Even so, we find that Brown failed to establish that he was prejudiced by application of the procedural bar. See Murray v. Carrier, 477 U.S. 478, 489-90 (1986); Holloman v. Commonwealth, 269 S.E.2d 356, 358 (Va. 1980). We dispense with oral argument because the facts and legal contentions are adequately presented in

2

the materials before the court and argument would not aid the decisional process.

DISMISSED